

**FILED**

MAR 14 2017

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

William Barwick Potter )
_____ )
_____ )
Name of plaintiff (s)     )
                          )
v.                        )   Case No. 2:17-cv-43
                          )   (to be assigned by Clerk)
Microsoft Corporation     )
                          )   Jordan/Corker
_____ )
_____ )
Name of defendant (s)     )

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Plaintiff is suing the defendant for emotional abuse, emotional distress and Breach of contract.

2. Plaintiff, William Barwick Potter, resides at 510 Park Lane, Greeneville
street address                                          city

Greene., TN, 37743, 616-606-0668
county    state   zip code   telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

1

3. Defendant, Microsoft Corporation lives at, or its business is located at

<u>1 Microsoft Way</u>, <u>Redmond</u>,
street address / city
<u>King</u>, <u>WA</u>, <u>98052</u>.
county / state / zip code

(if more than one defendant, provide the same information for each defendant below)

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

Reports were made to Microsoft Coporation about a user threating to harm them self – using there messaging system. When Reporting the Problem to Microsoft they Claimed that they Cannot Release any information unless they verify the account even if its Life threating.

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. Settlement for Emotional abuse - $60,000

   b. Settlement for Emotional distress - $50,000

   c. Breach of contract (vilate safety of others) $1,500,000

   d. Request Microsoft consider an emergency Response Program to assist against Life threating events

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ___13th___ day of ___March___, 20_17_.

_____
Signature of plaintiff (s)

3