UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| WILLIAM POTTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:17-CV-43 |
| | ) | |
| MICROSOFT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated June 15, 2017, [Doc. 5]. In that Report and Recommendation, the Magistrate Judge recommends that the action be dismissed as frivolous and for failure to state a claim upon which relief can be granted. The plaintiff has not filed an objection to the recommendation in the time allowed.

Thus, after consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 5], that the plaintiff's action is dismissed without prejudice for failure to state a claim.

ENTER:

                                                                                s/J. RONNIE GREER
                                                         UNITED STATES DISTRICT JUDGE