UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

WILLIAM POTTER,                        )
                                       )
             Plaintiff,                )
                                       )
v.                                     )      No.  2:17-CV-43
                                       )
MICROSOFT CORPORATION,                 )
                                       )
             Defendant.                )

JUDGMENT

For the reasons stated in the Order filed herewith, it is ORDERED and ADJUDGED that

the plaintiff's action be DISMISSED WITHOUT PREJUDICE.

DATED:   August 10, 2017

                                       s/*Debra C. Poplin*
                                       CLERK OF COURT